# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2006

131351 & (70)

DETROIT MEDICAL CENTER,

       Plaintiff-Appellant,

and

GAMAL ALMAWRI, as Next Friend of ISHAK
ALMAWRI and MARWAN ALMAWRI,

       Plaintiffs,

v

CITIZENS INSURANCE COMPANY,

       Defendant-Appellee,

and

FARMERS INSURANCE EXCHANGE,

       Defendant-Appellee.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2006

_____

Clerk